UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-cv-61040-ZLOCH/SNOW

DANIEL TURNER

    Plaintiff,

v.                                                    **CLAIM OF UNCONSTITUTIONALITY**

CREATIVE HOSPITALITY VENTURES,
INC., a Florida Corporation,

    Defendant.
_____/

**MOTION FOR SUMMARY JUDGMENT, OR IN THE
ALTERNATIVE, MOTION TO STAY PROCEEDINGS**

Defendant, Creative Hospitality Ventures, Inc. ("Creative") pursuant to Fed. R. Civ. P. 56, hereby moves for summary judgment or, in the alternative, moves to stay this case and in support of same states:

OVERVIEW

This action is based on the allegation that that Creative violated the Fair and Accurate Credit Transaction Act ("FACTA"), codified at 15 U.S.C. § 1681c(g), by printing the expiration date on Plaintiff, Daniel Turner's ("Turner") credit card receipt. FACTA prohibits the printing of more than the last five digits of a credit card number or the card's expiration on a receipt. If the plaintiff can prove that a violation was willful, 15 U.S.C. § 1681n provides that damages are not to be less than $100 and no more than $1000. FACTA is silent as to what the fact finder is to take into account in determining damages within these parameters.

For the reasons set forth in the attached memorandum of law, this Court should find that FACTA is unconstitutionally vague and violates defendants' due process rights. In the alternative, this Court should stay this action pending the United States Court of Appeals for the Eleventh Circuit's resolution of an appeal dealing squarely with the issue of FACTA's constitutional status.

## MEMORANDUM OF LAW

In the recent case of Grimes v. Rave Motion Pictures Birmingham, LLC, 552 F. Supp. 2d 1302, 1303 (N.D. Ala. 2008) the trial court declared FACTA unconstitutional. Although this Court is not *bound* to follow Grimes, it should either adopt its reasoning and dismiss this case with prejudice or stay this case while Grimes is on appeal in the United States Court of Appeals for the Eleventh Circuit (Case No. 08-13616-BB). Creative therefore adopts by reference *in toto* the Grimes Memorandum Order into this memorandum of law, which is attached hereto as Exhibit A.

15 U.S.C. § 1681c(g)(1) provides:

> Truncation of credit card and debit card numbers.
>
> (1) In general. Except as otherwise provided in this subsection, no person that accepts credit cards or debit cards for the transaction of business shall print more than the last 5 digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction.

15 U.S.C. § 1681n provides:

> (a)   In general. Any person who willfully fails to comply with any requirement imposed under this title [15 USCS §§ 1681 et seq.] with respect to any consumer is liable to that consumer in an amount equal to the sum of—
>
> (1)   (A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $ 100 and not more than $ 1,000; or

Mase Lara Eversole, PA

>> (B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $ 1,000, whichever is greater;
>
> (2) such amount of punitive damages as the court may allow; and
>
> (3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

In its Memorandum Opinion, the Grimes Court concluded that FACTA is unconstitutionally vague and violates defendants' due process rights. Although the Grimes Court's sixteen-page Memorandum Order cites numerous policy concerns, such as the prospect of FACTA cases destroying businesses in spite of the plaintiffs having suffered no damages, it essentially holds that 15 U.S.C. § 1681n fails to provide the courts with any guidance as to what factors a jury should consider in fixing damages between $100 and $1,000. Worse, as Judge Acker notes, were a court to supply such factors, it would be usurping the legislative function. As Judge Acker colorfully puts it, "[c]ourts and juries cannot be called upon to make up the rules as they go. Courts cannot be expected to tell a jury, "**Just do what you think is right**" (so long as you do not award less than $ 100 or more than $ 1,000)." (Emphasis original). Indeed, 15 U.S.C. § 1681n implies without any elaboration that there are *degrees* of "willfulness."

For the foregoing reasons, Creative requests that this Court adopt and apply Judge Acker's reasoning and declare FACTA unconstitutional. In the alternative, given the great expense[1] that Creative must incur in its defense, this Court should stay this action pending the appeal of Grimes.

---

[1] Creative's insurance carrier, United States Liability Insurance Group as denied any coverage. Therefore, Creative has the burden of bearing the costs of defense from its own pocket.

**WHEREFORE,** Defendant, Creative Hospitality Ventures, Inc. requests that this Court declare the Fair and Accurate Credit Transaction Act unconstitutional and dismiss plaintiff's case with prejudice or, in the alternative, stay this action pending the <u>Grimes</u> appeal, and provide any such further relief it deems just.

                                              Respectfully submitted,

                                              MASE & LARA, P. A.
                                              *Attorneys for Defendant*
                                              80 S.W. Eighth Street, Suite 2700
                                              Miami, Florida 33130
                                              Telephone: (305) 377-3770
                                              Facsimile: (305) 377-0080

By: \_\_\_\_\_/s/_____
       BRUCE B. BALDWIN
       Florida Bar No. 493023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed this Motion electronically via the Court's CM/ECF system on this 13th day of October, 2008, which will serve same electronically to: Matthew J. Militzok, Esq., Militzok & Levy, PA, 3230 Stirling Rd., Suite 1, Hollywood, FL, 33021.

                                              \_\_\_\_/s/_____
                                              BRUCE B. BALDWIN

17511/268828